# FINANCIAL DISCLOSURE REPORT

## Nomination Report

Report required by the Ethics in Government Act of 1978, as amended (5 U.S.C. App. 4, Sec. 101-112)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Rogers, John M. | U.S. Court of Appeals 6th Cir | 12/28/2001 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Judge (nominee) | 5. Report Type (check type)<br><br>X  Nomination, Date  12/19/2001<br><br>___ Initial  ___ Annual  ___ Final | 6. Reporting Period<br><br>01/01/2000<br>to<br>11/30/2001 |
|---|---|---|

| 7. Chambers or Office Address<br><br>University of Kentucky<br><br>College of Law<br><br>Lexington KY  40506-0048 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date _____ |
|---|---|

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each section where you have no reportable information. Sign on the last page.*

## I. POSITIONS  *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION / ENTITY |
|---|---|---|
| | [ ] NONE (No reportable positions.) | |
| 1 | Professor | University of Kentucky College of Law, Lexington KY 40506-0048 |
| 2 | Consultant | Herman, Mathis, Casey & Kitchens |
| 3 | Consultant | Greenberg, Traurig |

## I. AGREEMENTS  *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| | [ ] NONE (No reportable agreements.) | |
| 1 | 04/17/97 | Contract with Ashgate Publishing Co. Ltd., Aldershot, England, for 10% royalty on my book, International Law and United States Law. |
| 2 | 07/31/01 | Publishing agreement with Aspen Publishers and co-authors M. Healy and R. Krotoszynski for an administrative law casebook with 15% royalty for the authors. |
| 3 | | |

## I. NON-INVESTMENT INCOME  *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| | [ ] NONE (No reportable non-investment income.) | | |
| 1 | 2000 | University of Kentucky College of Law | 115.300 |
| 2 | 2000 | Royalty from Ashgate Publishing. | 1,394 |
| 3 | 2000 | Consulting fees from Herman Mathis & Greenberg Traurig | 3,983 |
| 4 | 2001 | University of Kentucky College of Law | 109,839 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

*(Includes those to spouse and dependent children. See pp. 25-28 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ NONE (No such reportable reimbursements.) | | |
| 1 | | Exempt |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS

*(Includes those to spouse and dependent children. See pp. 29-32 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| ☐ NONE (No such reportable gifts.) | | | |
| 1 | | Exempt | |
| 2 | | | |
| 3 | | | |

## VI. LIABILITIES

*(Includes those of spouse and dependent children. See pp 33-35 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☒ NONE (No reportable liabilities.) | | | |
| 1 | | | |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |
| 6 | | | |

VAL CODES: J=$15,000 or less   K=$15,001-$50,000   L=$50,001 to $100,000   M=$100,001-$250,000   N=$250,001-$500,000
O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000   P2=$5,000,001-$25,000,000   P3=$25,000,001-$50,000,000   P4=$50,000,001 or more

| Name of Person Reporting | Date of Report |
|---|---|
| Rogers, John M. | 12/28/2001 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions
*(Includes those of spouse and dependent children. See pp. 36-54 of Instructions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure. | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code (A-H) | (2) Type (e.g., dividend, rent or interest) | (1) Value Code (J-P) | (2) Value Method Code (Q-W) | (1) Type (e.g., buy, sell, partial sale, merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month-Day | (3) Value Code (J-P) | (4) Gain Code (A-H) | (5) Identity of buyer/seller (if private transaction) |
| NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Oracle Common Stock | | | J | T | Exempt | | | | |
| 2 LexMark common stock | A | Dividend | J | T | Exempt | | | | |
| 3 Wal-Mart common stock | A | Dividend | J | T | Exempt | | | | |
| 4 USAA Aggressive Growth Fund (IRA) | | | L | T | Exempt | | | | |
| 5 TIAA retirement account | E | Interest | N | T | Exempt | | | | |
| 6 CREF Retirement Accounts | | | O | T | Exempt | | | | |
| 7 U.S. Savings Bonds Series EE | D | Interest | M | T | Exempt | | | | |
| 8 First Federal Savings Bank savings account | A | Interest | J | T | Exempt | | | | |
| 9 Salomon Smith Barney money market account | A | Dividend | J | T | Exempt | | | | |
| 10 Inventory of imported needlepoint items (orig. cost basis) | | | J | V | Exempt | | | | |
| 11 First Federal Savings Bank CD | B | Interest | J | T | Exempt | | | | |
| 12 Life ins. policy Phoenix Life Ins. Co. | | | J | T | Exempt | | | | |
| 13 1/3 of life ins. policy Uniformes Svs. Benefit Assn. | A | Distribution | J | T | Exempt | | | | |
| 14 USAA Subscriber's Savings Account | A | Distribution | J | T | | | | | |
| 15 Central Bank Checking Account | A | Interest | J | T | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

Inc/Gain Codes: A=$1,000 or less    B=$1,001-$2,500    C=$2,501-$5,000    D=$5,001-$15,000    E=$15,001-$50,000
(Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=$5,000,001 or more

Val Codes:    J=$15,000 or less    K=$15,001-$50,000    L=$50,001-$100,000    M=$100,001-$250,000    N=$250,001-$500,000
Col. C1, D3)    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000  P3=$25,000,001-$50,000,000  P4=$50,000,001 or more

Val Mth Codes:  Q=Appraisal    R=Cost (real estate only)    S=Assessment    T=Cash/Market
Col. C2)    U=Book Value    V=Other    W=Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
| --- | --- | --- |
| | Rogers, John M. | 12/28/2001 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS.

*(Indicate part of report.)*

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Chair | Association of American Law Schools Section on International Law |
| 5 | Steering Committee member | Central Kentucky Lawyers Chapter, Federalist Society for Law & Public Policy Studies |
| 6 | Co-Chair | Committee on International Legal Education, ABA Section on International Law and Practice |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2001 | Internet sale of imported needlepoint | 2,888 (gross) |
| 6 | 2000 | Kentucky World Trade Center | |
| 7 | 2000 | Lexington Chinese School | |
| 8 | 2001 | Kentucky World Trade Center | |
| 9 | 2001 | Lexington Chinese School | |
| 10 | 2000 | Internet sale of imported needlepoint | 1,192 (net) |
| 11 | 2001 | Royalty from Ashgate Publishing | 288 |
| 12 | 2001 | Consulting fee from Herman Mathis | 227 |
| 13 | 2001 | Language Unlimited, Inc. | |

**FINANCIAL DISCLOSURE REPORT**

Rogers, John M.

**SECTION HEADING.** (Indicate part of report.)

Information continued from Parts I through VI, inclusive.

PART 1. POSITIONS (cont'd.)

| Line | Position | Name of Organization/Entity |
|---|---|---|
| 4 | Chair | Association of American Law Schools Section on International Law |
| 5 | Steering Committee member | Central Kentucky Lawyers Chapter, Federalist Society for Law & Public Policy Studies |
| 6 | Co-Chair | Committee on International Legal Education, ABA Section on International Law and Practice |

PART 3. NON-INVESTMENT INCOME (cont'd.)

| Line | Date | Source and Type | Gross Income |
|---|---|---|---|
| 5 | 2001 | Internet sale of imported needlepoint | 2,888 (gross) |

## IX. CERTIFICATION

I certify that all the information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. 4, section 501 et. seq., 5 U.S.C. 7353 and Judicial Conference regulations.

Signature _John M Rogers_  Date _27 Dec 01_

Note: Any individual who knowingly and wilfully falsifies or fails to file this report may be subject to civil and criminal sanctions (5 U.S.C. App. 4, Section 104).

### FILING INSTRUCTIONS

Mail original and three additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
One Columbus Circle, N.E.
Suite 2-301
Washington, D.C. 20544

# FINANCIAL STATEMENT
## NET WORTH

Provide a complete, current financial net worth statement which itemizes in detail all assets (including bank accounts, real estate, securities, trusts, investments, and other financial holdings) all liabilities (including debts, mortgages, loans, and other financial obligations) of yourself, your spouse, and other immediate members of your household.

| ASSETS | | LIABILITIES | |
|---|---|---|---|
| Cash on hand and in banks | $ 35,000 | Notes payable to banks-secured | |
| U.S. Government securities-add schedule (US Savings Bonds ser. EE) | 108,958 | Notes payable to banks-unsecured | |
| Listed securities-add schedule<br>100 sh Oracle (ORCL) $1591<br>100 sh Verticalnet (VERT) $155<br>170 sh LexMark (LXK) $9132<br>82 sh Wal-Mart (WMT) $4538 | 15,416 | Notes payable to relatives | |
| Unlisted securities--add schedule | | Notes payable to others | |
| Accounts and notes receivable: | | Accounts and bills due | |
| Due from relatives and friends | | Unpaid income tax | |
| Due from others | | Other unpaid income and interest | |
| Doubtful | | Real estate mortgages payable-add schedule (residence, National City Bank) | $ 97,240 |
| Real estate owned-add schedule (residence, Lexington KY) | 250,000 | Chattel mortgages and other liens payable | |
| Real estate mortgages receivable | | Other debts-itemize: | |
| Autos and other personal property | 40,000 | | |
| Cash value-life insurance | 12,341 | | |
| Other assets itemize: | | | |
| USAA Aggressive Growth Fund (IRA) | 44,907 | | |
| TIAA-CREF (retirement account) | 743,551 | | |
| USAA Subscriber Savings Account | 1,504 | Total liabilities | 97,240 |
| | | Net Worth | 1,154,437 |
| Total Assets | 1,251,677 | Total liabilities and net worth | 1,251,677 |
| CONTINGENT LIABILITIES | None | GENERAL INFORMATION | |
| As endorser, comaker or guarantor | | Are any assets pledged? (Add schedule) | No |
| On leases or contracts | | Are you defendant in any suits or legal actions? | No |
| Legal Claims | | Have you ever taken bankruptcy? | No |
| Provision for Federal Income Tax | | | |
| Other special debt | | | |